IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 4 2005

MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| ELIDA L. QUINONEZ, JOSE MARIA QUINONEZ and EDWIN QUINONEZ, On Behalf of Themselves and Each Employee Similarly Situated, | § § § § |
| Plaintiffs, | § § |
| v. | § § |
| SYNTECOS INC. and  SOJI SERVICES INC., | § § § |
| Defendants. | § |

Civil Action No. **H - 05-0610**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 4 2005

MICHAEL N. MILBY, CLERK OF COURT

## PLAINTIFFS' ORIGINAL COMPLAINT – COLLECTIVE ACTION

TO THE HONORABLE JUDGE OF SAID COURT:

### I. PARTIES

1.     Plaintiff ELIDA L. QUINONEZ an individual and resident of Harris County, Texas. Elida Quinonez's written consent is attached as Exhibit "A."

2.     Plaintiff JOSE MARIA QUINONEZ is an individual and resident of Harris County, Texas.  Jose Maria Quinonez's written consent is attached as Exhibit "B."

3.     Plaintiff EDWIN QUINONEZ is an individual and resident of Harris County, Texas. Edwin Quinonez's written consent is attached as Exhibit "C."

4.     Defendant SYNTECOS INC. is a Texas corporation with its principal place of business in Harris, Texas and can be served with process through its registered agent: Luisa Constantini 2319 Shakespeare, Houston, Texas 77030.  Issuance of Summons is requested at this time. Plaintiffs will have service perfected by a private process server and in accordance with the Federal Rules of Civil Procedure.

5.     Defendant SOJI SERVICES INC. is a Texas corporation with its principal place of business in Harris County, Texas and can be served with process through its registered agent: Phillips & Reiter, PLLC, 9525 Bissonnet, Suite 200, Houston, Texas 77036.  Issuance of Summons is requested at this time.  Plaintiffs will have service perfected by a private process server and in accordance with the Federal Rules of Civil Procedure.

6.     The PUTATIVE CLASS consists of similarly situated cleaning service workers who have and do perform similar duties as Plaintiffs while working for Defendants.

## II. JURISDICTION AND VENUE

7.     Plaintiffs hereby adopt and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

8.     The Court has jurisdiction over the subject matter of this action under 29 U.S.C. § 216(b).  Specifically, on behalf of Plaintiffs and all other similarly situated cleaning service workers currently or formerly employed by Defendants, Plaintiffs seek declaratory relief and monetary damages for Defendants' willful violation of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 (hereinafter "FLSA").

9.     Venue is proper in the Southern District of Texas, Houston Division, as Defendants violated the federal statutes at issue (FLSA) in this District, thus all or a substantial part of the event or omissions giving rise to this claim occurred in the Southern District of Texas. *See* 28 U.S.C. § 1391(b)(2).

## III. COVERAGE

10.     Plaintiffs hereby adopt and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

11.     At all material times, Defendants were an "employer" within the meaning of § 3(d) of the FLSA. *See* 29 U.S.C. § 203(d).

- 2 -

12.     At all material times, Defendants have been an enterprise, joint and/or singular, within the meaning of § 3(r) of the FLSA. *See* 29 U.S.C. § 203(r).

13.     At all material times, Defendants have been an enterprise joint and/or singular, engaged in commerce or in the production of goods for commerce within the meaning of § 3(s)(1) of the FLSA because Defendants have employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person. *See* 29 U.S.C. § 203(s)(1). Further, Defendants have had and continue to have an annual gross income of sales made or business done of not less than $500,000.

14.     At all material times, Plaintiffs were individual employees who were engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. § 206-207.

## IV. FACTS

15.     Plaintiffs hereby adopt and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

16.     Plaintiffs were cleaning service workers for Defendants and regularly worked more than 40 hours per workweek.

17.     Although Plaintiffs' duties were clearly those of non-exempt employees under the FLSA, Plaintiffs, and each employee similarly situated, were compensated at the regular rate of pay for all hours worked in a workweek. The Plaintiffs, and each employee similarly situated, worked as many as 50 hours per workweek, on a regular basis. Defendants paid Plaintiffs, and each employee similarly situated, a regular rate of pay per hour for every hour worked, including all hours worked over 40 hours per workweek.

18.     Defendants engaged in an illegal pattern or practice of not paying Plaintiffs, and each employee similarly situated, time and one-half for hours worked over 40 hours per workweek.

- 3 -

19.     Defendants committed this illegal pattern or practice willfully, recklessly, or with harmful disregard for Plaintiffs and each employee similarly situated.

20.     Although Plaintiffs' duties were clearly those of non-exempt employees under the FLSA, Plaintiffs were paid the regular hourly wage for every hour worked, including hours over 40 hours per workweek.

21.     Plaintiffs worked considerable hours over 40 for which Plaintiffs were not compensated at a rate of time and one-half times the regular rate of pay. The FLSA requires that non-exempt employees be paid time and one-half for all hours worked over 40 hours per workweek. *See* 29 U.S.C. § 207(a).

22.     Plaintiffs are aware of other employees who have not been paid overtime wages for hours worked more than 40 hours per workweek. These employees are similarly situated employees because they were also cleaning service workers for Defendants. Plaintiffs, and each employee similarly situated, were required to work as many as 50 hours per workweek and were paid the same rate for every hour worked. Defendants willfully, recklessly, or with harmful disregard, ignored the FLSA's requirements when creating a practice or policy to pay Plaintiffs and each employee similarly situated, at a regular rate of pay for hours worked over 40 in a workweek. Defendants' practices or policies were created willfully, recklessly, or with harmful disregard. Defendants have followed this practice or policy for the past three years and longer.

## V. COLLECTIVE ACTION ALLEGATIONS

24.     Plaintiffs hereby adopt and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

25.     Although Defendants suffered, permitted, and/or required the Plaintiffs and the Putative Class to work more than 40 hours per week, Defendants paid Plaintiffs and those similarly situated at the regular rate of pay per hour for the hours worked greater than 40 per workweek.

- 4 -

26.     Plaintiffs and the Putative Class regularly worked in excess of 40 hours per workweek, up to as much as 50 hours per workweek and were paid the same per hour rate for every hour. This compensation scheme was and is the policy and practice of Defendants.

27.     Plaintiffs and the Putative Class are entitled to overtime compensation at "time-and-a-half" for all hours worked over 40 per workweek.

28.     Defendants' regular and willful policy, pattern and practice of paying Plaintiffs and those similarly situated the regular hourly wage for hours worked over 40 violates the FLSA. *See* 29 U.S.C. § 207(a) and 215(a)(2).

29.     Plaintiffs and the Putative Class are entitled to recover overtime compensation, liquidated damages, attorneys' fees, court costs, and prejudgment interest for Defendants willful violation of the FLSA.

## VI. DAMAGES

30.     Plaintiffs hereby adopt and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

31.     Pleading further, Plaintiffs and each employee similarly situated that have joined this suit have suffered damages as a result of Defendants' above-described conduct. Therefore, Plaintiffs also demand judgment for: (1) compensatory damages equal to the unpaid wages, including applicable fringe benefits; (2) an equal amount in liquidated damages under the FLSA; (3) reasonable attorneys' fees and costs; and (4) pre-judgment interest. *See* 29 U.S.C. § 216(b).

## VII. PRAYER

32.     Plaintiffs hereby adopt and incorporate by reference the preceding paragraphs of this Complaint as if fully set forth herein.

33.     For these reasons, Plaintiffs ask for judgment against Defendants for:

    (1)    Award of damages to which Plaintiffs are entitled;

    (2)    Award of interest on the damages;

    (3)    Reasonable attorneys' fees and costs; and

    (4)    All other and further relief, both in law and equity, to which Plaintiffs are
justly entitled and which this Court deems just and proper.

Respectfully submitted,

SHANA O'NEAL CALDERON
SBOT No. 24006944
SDT No. 25315
OGLETREE ABBOTT LAW FIRM, L.L.P.
12600 N. Featherwood, Suite 200
Houston, Texas 77034
Telephone: (713) 910-1234
Facsimile: (281) 922-7228
**ATTORNEY-IN-CHARGE**

**OF COUNSEL:**

WILLIAM CORY ABBOTT
SBOT No. 24006726
SABRINA JOY MOMMERS
SBOT No. 24043833
WILLIAM OGLETREE
SBOT No. 15234200
OGLETREE ABBOTT LAW FIRM, L.L.P.
12600 N. Featherwood, Suite 200
Houston, Texas 77034
Telephone: (713) 910-1234
Facsimile: (281) 922-7228

# Exhibit
# A

## OPTAR-ADENTRO FORMA DE CONSENTIMIENTO

Completa y enviar por correo a:
Ogletree Abbott Law Firm
12600 North Featherwood Drive, Suite 200
Houston, Texas 77034

Nombre: _ELIDA QUIÑONEZ_     Numero de seguridad social: _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_

Dirreción: _5800 DASHWOOD #116_     Numero del telephono del trabajo: _713-660-6271_

_HOUSTON, TX 77081_     Numero del telephono de la casa: _832-778-9988_

Dirreción del correo electrónico: _____

### CONSENTIMIENTO PARA JUNTAR ACCIÓN COLECTIVO
Según la Fair Labor and Standards Act (FLSA)
29 U.S.C. § 216(b)

Yo consento y accedo a perseguir mis clamos orginando del trabajo en horas extras de un empleado de _E METRO CLEAN, INC._ (nombre de empleador). Mi posición con esta empleador era y/o es un(a) _JANITOR_ (título de posición).

Yo trabajé en está(s) posción(es) listado arriba comensando alrededor a _07/23/01_ (mes/año) hasta alrededor a _05/04/04_ (mes/año).

Durante de esta tiemp, yo trabajé mas que cuarenta (40) horas por semana, pero no me pagarón compensasión de horas extras por todas las horas que trabajé y/o no me compensaron por las horas extras.

Yo entiendo que esta pleito esta traedo de la Fair Labor and Standards Act of 1938 (FLSA), as amended, 29 U.S.C. §201. Yo consiento, accedo, y optar adentro para hacer una Demandante y para hacer obligado al cualquier juicio del Corte o cualquier arreglo de esta acción.

Yo designo a Ogltree Abbott Law Firm, L.L.P., que me representan para todos los efectos de esta acción.

Si yo no soy una Demandante de Nombre en el pleito, yo también designo la(s) Representate(s) del acción collectivo a mi(s) agente(s) para hacer decisiones departe de mi referente a la litigación, incluyendo el método y manera de como conductar está litigación, entrar a un contracto de arreglo, entrar alguna contracto con Consular de Demandantés referentando emolumentos y cuestos, y todos las otras cuestiónes perteneciendo en está pleito.

Firma: _Elida Quiñonez_ Fecha: _02/15/05_

** Nota **
Ley de prescripción mandato que usted regresa esta forma <u>el mas rápido posible</u> para
presevar sus derechos.

# Exhibit
# B

OPTAR-ADENTRO FORMA DE CONSENTIMIENTO

Completa y enviar por correo a:
Ogletree Abbott Law Firm
12600 North Featherwood Drive, Suite 200
Houston, Texas 77034

Nombre: _JOSE MARIA QUINONEZ_   Numero de seguridad social: _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_

Dirreción: _5800 DASHWOOD #116_   Numero del telephono del trabajo: _713-660-6271_

_HOUSTON, TX 77081_   Numero del telephono de la casa: _832-778-9988_

_____   Dirreción del correo electrónico: _____

CONSENTIMIENTO PARA JUNTAR ACCIÓN COLECTIVO
Según la Fair Labor and Standards Act (FLSA)
29 U.S.C. § 216(b)

Yo consento y accedo a perseguir mis clamos orginando del trabajo en horas extras de un empleado de _METRO CLEAN, INC._ (nombre de empleador). Mi posición con esta empleador era y/o es un(a) _JANITOR_ (titúlo de posición).

Yo trabajé en está(s) posción(es) listado arriba comensando alrededor a _07/23/01_ (mes/año) hasta alrededor a _PRESENT_ (mes/año).

Durante de esta tiemp, yo trabajé mas que cuarenta (40) horas por semana, pero no me pagarón compensasión de horas extras por todas las horas que trabajé y/o no me compensaron por las horas extras.

Yo entiendo que esta pleito esta traedo de la Fair Labor and Standards Act of 1938 (FLSA), as amended, 29 U.S.C. §201. Yo consiento, accedo, y optar adentro para hacer una Demandante y para hacer obligado al cualquier juicio del Corte o cualquier arreglo de esta acción.

Yo designo a Ogltree Abbott Law Firm, L.L.P., que me representan para todos los efectos de esta acción.

Si yo no soy una Demandante de Nombre en el pleito, yo también designo la(s) Representate(s) del acción collectivo a mi(s) agente(s) para hacer decisiones departe de mi referente a la litigación, incluyendo el método y manera de como conductar está litigación, entrar a un contracto de arreglo, entrar alguna contracto con Consular de Demandantés referentando emolumentos y cuestos, y todos las otras cuestiónes perteneciendo en está pleito.

Firma: _____  Fecha: _02 / 15 / 05_

** Nota **
Ley de prescripción mandato que usted regresa esta forma <u>el mas rápido posible</u>  para presevar sus derechos.

# Exhibit
# C

OPTAR-ADENTRO FORMA DE CONSENTIMIENTO

Completa y enviar por correo a:
Ogletree Abbott Law Firm
12600 North Featherwood Drive, Suite 200
Houston, Texas 77034

Nombre: _EDWIN QUINONEZ_    Numero de seguridad social: _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_

Dirreción: _5800 DASHWOOD #116_    Numero del telephono del trabajo: _713-253-9706_

_HOUSTON, TX 77081_    Numero del telephono de la casa: _832 778-9988_

Dirreción del correo electrónico: _____

## CONSENTIMIENTO PARA JUNTAR ACCIÓN COLECTIVO
Según la Fair Labor and Standards Act (FLSA)
29 U.S.C. § 216(b)

Yo consento y accedo a perseguir mis clamos orginando del trabajo en horas extras de un empleado de _METRO CLEAN, INC._ (nombre de empleador). Mi posición con esta empleador era y/o es un(a) _FLOOR MAN (MACBUE, EE)_ (titúlo de posición).

Yo trabajé en está(s) posción(es) listado arriba comensando, alrededor a _11/11/02_ (mes/año) hasta alrededor a _08/31/04_ (mes/año).

Durante de esta tiemp, yo trabajé mas que cuarenta (40) horas por semana, pero no me pagarón compensasión de horas extras por todas las horas que trabajé y/o no me compensaron por las horas extras.

Yo entiendo que esta pleito esta traedo de la Fair Labor and Standards Act of 1938 (FLSA), as amended, 29 U.S.C. §201. Yo consiento, accedo, y optar adentro para hacer una Demandante y para hacer obligado al cualquier juicio del Corte o cualquier arreglo de esta acción.

Yo designo a Ogltree Abbott Law Firm, L.L.P., que me representan para todos los efectos de esta acción.

Si yo no soy una Demandante de Nombre en el pleito, yo también designo la(s) Representante(s) del acción collectivo a mi(s) agente(s) para hacer decisiones departe de mi referente a la litigación, incluyendo el método y manera de como conductar está litigación, entrar a un contracto de arreglo, entrar alguna contracto con Consular de Demandantés referentando emolumentos y cuestos, y todos las otras cuestiónes perteneciendo en está pleito.

Firma: _____     Fecha: __02/15/05_____

** Nota **
Ley de prescripción mandato que usted regresa esta forma <u>el mas rápido posible</u>  para
presevar sus derechos.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Elida Quinonez, Jose Maria Quinonez, Edwin Quinonez, and Each Similarly Situated Employee

## DEFENDANTS

Syntecos Inc. and Soji Services Inc.

**(b)** County of Residence of First Listed Plaintiff **Harris County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Harris County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
The Ogletree Abbott Law Firm      Shana O'Neal Calderon
12600 N. Featherwood, Suite 200     Attorney-In-Charge
Houston, Texas 77034-4435
Telephone: 713-223-1234

Attorneys (If Known)

# H - 05 - 610

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☑ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☑ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Labor and Standards Act

Brief description of cause: Unpaid Overtime Compensation - FLSA

## VII. REQUESTED IN COMPLAINT:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE

DOCKET NUMBER

DATE
02/23/05

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 2 4 2005

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 24 2005

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

MICHAEL N. MILBY, CLERK OF COURT

MICHAEL N. MILBY, CLERK OF COURT